UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHERIAN SPRADLEY,

          Plaintiff,

    v.

NEVRO CORPORATION, et al.,

          Defendants.

Case No. 26-cv-03180-TLT

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Re: Dkt. No. 10

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Haywood Gilliam for consideration of whether the case is related to 4:26-cv-01137.

    **IT IS SO ORDERED.**

Dated: July 9, 2026

_____
TRINA L. THOMPSON
United States District Judge

United States District Court
Northern District of California