**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALFRED BROOKS,<br><br>Plaintiff,<br>vs.<br><br>NEVRO CORPORATION, et al.,<br><br>Defendants. | **Case No.: 4:26-cv-01137-HSG**<br><br>**Assigned to: Hon. Haywood S. Gilliam, Jr.**<br><br>**ORDER EXTENDING NEVRO LLC'S AND GLOBUS MEDICAL, INC.'S TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |

Having duly considered the Stipulated Request for Order Changing Time filed by plaintiff Alfred Brooks and defendants Nevro LLC and Globus Medical, Inc., ECF No. 30, the Court finds that it has merit and, therefore, ORDERS that Nevro LLC (*f/k/a* Nevro Corporation) and Globus Medical, Inc., shall file an answer or otherwise respond to Plaintiff's Complaint, ECF No. 1, on or before October 16, 2026.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 7/30/2026

United States District Court Judge